IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH M. CARLSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:18-cv-01018 (RBW) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## JOINT STATUS REPORT

Pursuant to this Court's January 23, 2019 Minute Order, the parties jointly submit this joint status report, proposing the following deadlines:

a. Defendant's opposition to Plaintiff's motion for attorney fees and costs shall be due by no later than February 15, 2019;

b. Plaintiff's reply in support of her motion for attorney fees and costs shall be due by no later than March 1, 2019.

Dated: February 7, 2019        Respectfully submitted,

                                                                           JOSEPH H. HUNT
                                                                           Assistant Attorney General

                                                                           ANTHONY J. COPPOLINO
                                                                           Deputy Director, Federal Programs Branch

                                                                           /s/ Kevin M. Snell
                                                                           KEVIN M. SNELL
                                                                           Trial Attorney
                                                                           United States Department of Justice
                                                                            Civil Division, Federal Programs Branch
                                                                           1100 L Street, NW
                                                                            Washington, D.C.  20005

Tel.: (202) 305-0924
Fax: (202) 616-8460
E-mail: Kevin.Snell@usdoj.gov

*Attorneys for Defendant*

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs